UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL WEIL,

    Defendant.
_____/

## UNOPPOSED ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Modify the Conditions of Pretrial Release [DE 39]. Having reviewed the record and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. The conditions of the defendant's pretrial release are hereby modified to enable him to leave the home to which he is confined for a two-hour period, three days per week (a "time out"). Such times out shall be consistent with a schedule approved by the defendant's supervising Pretrial Services Officer in the District of New Jersey on a weekly basis. All other conditions of pretrial release shall remain in force and unchanged, including that the defendant remain under active GPS monitoring.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida this 24th day of April, 2014.

                                                                            JAMES I. COHN
                                                                            UNITED STATES DISTRICT JUDGE