UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CR-60322-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAOUL WEIL,

        Defendant

_____/

**DECLARATION OF KIMBERLY ZELNICK
IN OPPOSITION TO
THE GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

1. My name is Kimberly Zelnick. I am over 18 years of age and I make this declaration based on my personal knowledge.

2. I am an attorney of record for Mr. Weil.

3. On February 18, 2009, UBS AG (*UBS*) entered into a Deferred Prosecution Agreement (*DPA*) with the United States Department of Justice (*DOJ*) concerning UBS's then-existing U.S. cross-border wealth management business. Attached hereto as Exhibit A is a true and correct copy of the DPA.

4. The DPA included a Statement of Facts describing the operations of the U.S. cross-border wealth management business from 2000 through 2007, as well as the conduct that resulted in the execution of the DPA. *See* Ex. A at 34-39.

5. Separate from the DPA, a significant amount of factual information concerning UBS's U.S. cross-border wealth management business has entered the public domain through regulatory actions and processes both in the United States and Switzerland, including:

a. On February 18, 2009, the Securities and Exchange Commission (*SEC*) filed an enforcement action against UBS in the United States District Court for the District of Columbia, 09-CV-00316. Attached hereto as Exhibit B is a true and correct copy of the SEC's complaint. The SEC action resulted in the issuance of a consensual Amended Judgment on September 23, 2010.

b. On February 18, 2009, the Swiss Financial Market Supervisory Authority (*FINMA*) published a summary report concerning the Swiss Federal Banking Commission's investigation of and supervisory proceeding against UBS's U.S. cross-border wealth management business. A true and correct copy of FINMA's report is attached hereto as Exhibit C.

c. On February 19, 2009, the IRS filed a petition to enforce a John Doe Summons against UBS in connection with UBS's U.S. cross-border wealth management business in the United States District Court for the Southern District of Florida, case 1:09-CV-20423.

   i. Attached hereto as Exhibit D is a true and correct copy of the Amended Declaration of IRS Agent Daniel Reeves submitted in that action. [DE 22-1]. The exhibits to Mr. Reeves's declaration as originally filed [DE 2] are incorporated by reference into his amended declaration. They include approximately 200 pages of UBS corporate records that have not been attached here due to volume but can be retrieved via the Court's electronic filing system.

   ii. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Oliver Bartholet submitted in that action [DE 43]. The exhibits to Mr. Bartholet's declaration have not been attached due to volume.

6. Additional information concerning the operations of UBS's U.S. cross-border wealth management business has also entered the public domain through criminal

actions that DOJ has brought against former UBS employees and customers, including:

a. On April 10, 2008, DOJ indicted former UBS Client Advisor Bradley Birkenfeld in the United States District Court for the Southern District of Florida, Case. No. 08-CR-60099. Attached hereto as Exhibit F is a true and correct copy of the Statement of Facts filed in that action in connection with Mr. Birkenfeld's guilty plea on June 18, 2008 [DE 39].

b. On August 20, 2009, DOJ indicted former UBS Banker Hansruedi Schumacher in the United States District Court for the Southern District of Florida, Case. No. 09-CR-60210. Attached hereto as Exhibit G is a true and correct copy of the Indictment filed in that action.

c. On November 07, 2010, DOJ indicted former UBS Client Advisor Renzo Gadola in the United States District Court for the Southern District of Florida, Case. No. 10-CR-20878. Attached hereto as Exhibit H is a true and correct copy of the Statement of Facts filed in that action in connection with Mr. Gadola's guilty plea on December 22, 2010 [DE 31].

d. On October 16, 2012, DOJ filed a single-count information against former UBS Banker Christos Bagios in the United States District Court for the Southern District of Florida, Case. No. 12-CR-60260. Attached hereto as Exhibit I is a true and correct copy of the Plea Agreement and Statement of Facts filed in connection with Mr. Bagios's guilty plea on November 6, 2012 [DE 106].

e. On August 1, 2011, DOJ indicted former UBS Private Banker Gian Gisler in the United States District Court for the Southern District of New York, Case No. 11-CR-00622. Attached hereto as Exhibit J is a true and correct copy of the Indictment filed in that action.

f. On August 2, 2011, the DOJ indicted former UBS Client Advisor Martin Lack in the United States District Court for the Southern District of New

York, Case No. 11-CR-60184. Attached hereto as Exhibit K is a true and correct copy of the Indictment filed in that action.

    g. A table setting forth DOJ's additional prosecutions of 53 customers of UBS's U.S. cross-border wealth management business is attached as Exhibit L. The vast majority of these cases have been resolved through negotiated guilty pleas. In many instances, the parties' stipulated Statements of Fact are available on the Court's electronic filing system.

7. Additional information concerning UBS's U.S. cross-border wealth management business has entered the public domain through legislative reviews both in the United States and Switzerland:

    a. The United States Senate Permanent Subcommittee on Investigations (*the PSI*) held televised public hearings concerning Tax Havens and U.S. Tax Compliance on July 17 and 25, 2008. UBS produced a large volume of corporate records to the PSI prior to the hearing. The PSI contemporaneously published a report and exhibits further detailing the operations of UBS's U.S. cross-border wealth management business. Attached hereto as Exhibit M is a true and correct copy of the PSI Report. The hearing transcript and exhibits, which include UBS corporate records, have not been attached due to their large volume. The transcript and exhibits are available at:
http://www.hsgac.senate.gov/subcommittees/investigations/hearings?c=110

    b. On May 30, 2010, the Control Committees of the Swiss Federal Assembly issued a report disclosing the results of its investigation into, *inter alia*, the Swiss Government's role in disclosing UBS client information to the IRS and SEC. Attached hereto as Exhibit N is a true and correct copy of the English-language summary report published the following day.

8. On December 23, 2013, DOJ produced to Mr. Weil data totaling over 55,000 pages. The December 23 transmittal letter delineates discrete Bates ranges for UBS corporate records produced to the DOJ and SEC in advance of the execution

of the DPA and the commencement of the SEC's enforcement action. These documents bear the Bates prefixes "U," "USEC," "USECH," and "000001" through "000099."

9. On January 17, 2014, DOJ produced to Mr. Weil additional data totaling approximately 4 million pages. Among the materials produced by DOJ on that date are:

   a. Additional internal corporate records of UBS AG bearing bates prefixes "U" and "USEC;"

   b. Internal records of UBS AG produced to the PSI;

   c. Presentations made by UBS AG to the DOJ;

   d. documents with Bates prefixes including "D," "E," "UCIV," "T," "A," "PA," "T-A," "VDP," "UBS-IRS," and "UBS-IRS-DOJ" that, based on the Defense's review and DOJ's transmittal letter, contain personal financial information, correspondence with IRS, and other sensitive information.

10. During preliminary discussions, prospective defense witnesses with only tangential involvement to the events at issue in this case have expressed fear that the U.S. Department of Justice may seek to prosecute them if they assist with Mr. Weil's defense.

11. Attached hereto as Exhibit O is a true and correct copy of the protective order the Court issued in *United States v. Guaracino, et al.*, Case No. 10-CR-60194 [DE 179].

12. Attached hereto as Exhibit P is a true and correct copy of the protective order issued by the Court in *United States v. Levinson, et al.*, Case No. 10-CR-60183 [DE 58].

13. Attached hereto as Exhibit Q is the protective order proposed by Mr. Weil for the Court's consideration.

14. Attached hereto as Exhibit R is a redline showing the changes the Defense proposes to the government's proposed order.

15. I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Kimberly Zelnick
Kimberly Zelnick, *pro hac vice*
FRESHFIELDS BRUCKHAUS DERINGER LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212.284.4010
kimberly.zelnick@freshfields.com