UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60322-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL WEIL,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY

**THIS MATTER** is before the Court upon Defendant's motion for leave to file a sur-reply in opposition to the government's motion for protective order. Having reviewed the record, being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant may file a sur-reply no later than 5:00 p.m. today.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2014.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE