UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60322-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAOUL WEIL,

        Defendant

_____/

### STIPULATION OF SUBSTITUTION OF COUNSEL

The undersigned attorneys hereby stipulate to the substitution of Kobre & Kim LLP for Mandel & Mandel LLP as counsel for trial and all proceedings on behalf of the defendant Raoul Weil.  Mr. Weil also is represented by Aaron R. Marcu and Kimberly Zelnick of Freshfields Bruckhaus Deringer LLP who consent to this stipulation, continue as counsel for Mr. Weil, and associate with Matthew Menchel of Kobre & Kim LLP for purposes of their *pro hac vice* appearances.  Upon entry of this Court's Order approving this stipulation, the attorneys at Mandel & Mandel LLP will be relieved of all further responsibilities in this matter.

        Respectfully submitted,

| | |
|---|---|
| **MANDEL & MANDEL LLP** | **KOBRE & KIM LLP** |
| 1200 Alfred I. duPont Building | *Attorneys for Raoul Weil* |
| 169 East Flagler Street | 2 South Biscayne Boulevard |
| Miami, Florida 33131 | 35th Floor |
| Tel:  (305) 374-7771 | Miami, Florida 33131 |
| Fax:  (305) 374-7776 | Tel:  (305) 967-6100 |
| | Fax:  (305) 967-6120 |
| By: /s David S. Mandel | By: /s Matthew Menchel |
| | Matthew Menchel, Esq. |

US1936531/3 153526-0001

| | |
|---|---|
| David S. Mandel, Esq.<br>Florida Bar No. 38040<br>dmandel@mandel-law.com | Florida Bar No. 12043<br>Email: matthew.menchel@kobrekim.com<br>Adriana Riviere-Badell, Esq.<br>Florida Bar No. 30572<br>Email: adriana.riviere-badell@kobrekim.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record identified on the list below via transmission of Notices of Electronic Filing generated by CM/ECF:

Mark F. Daly
US Department of Justice
Tax Division
601 D Street NW
Room 7334
Washington, DC 20579
Telephone: 202.616.2245
mark.f.daly@usdoj.gov

Jason Poole
US Attorney's Office
Department of Justice, Tax Division
601 D. Street NW
Washington, DC 20004
jason.h.poole@usdoj.gov

Aaron R. Marcu
Kimberly Zelnick
Freshfields Bruckhaus Deringer LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212.284.4954
aaron.marcu@freshfields.com
kimberly.zelnick@freshfields.com

David S. Mandel
Mandel & Mandel LLP
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: 305.374.7771
dmandel@mandel-law.com

/s  Matthew Menchel
**KOBRE & KIM LLP**

2

US1936531/3  153526-0001