UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-JIC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAOUL WEIL,

    Defendant.

_____/

**RESPONSE TO RAOUL WEIL'S MOTION FOR RULE 16 DISCOVERY**

The United States of America, by undersigned counsel, respectfully responds to Defendant Raoul Weil's Motion for Rule 16 Discovery (D.E. 61).  The defendant's motion seeks production of a November 10, 2008, letter from former Swiss Finance Minister Hans-Rudolf Merz to former U.S. Attorney General Michael Mukasey and former U.S. Treasury Secretary Henry Paulsen concerning the U.S. Government's investigation of UBS AG's U.S. cross-border business (the "Merz Letter").  The United States has produced the Merz Letter to the defense.  The motion is moot.  By producing the Merz Letter, the United States does not concede that the letter was discoverable or in any way relevant to this proceeding.  Nonetheless, the United States has agreed to voluntarily produce it.

For the reasons stated above, the United States requests that the defendant's motion be denied as moot.

                                      Respectfully submitted,

                                      TAMARA ASHFORD
                                      ACTING ASSISTANT ATTORNEY GENERAL

By:      /s/ Mark F. Daly
           Mark F. Daly
           Senior Litigation Counsel
           Tax Division
           U.S. Department of Justice
           Attorney No. A5501435
           601 D Street, N.W. 7th Floor
           Washington, DC 20004
           Tel: (202) 514-5150
           Fax: (202) 616-1786
           Mark.F.Daly@usdoj.gov

           /s/ Jason Poole
           Jason Poole
           Court ID No. A5501525
           Trial Attorney
           Department of Justice, Tax Division
           Southern Criminal Enforcement Section
           601 D Street NW
           Washington, DC 20004
           Tel: (202) 514-5145
           Fax: (202) 514-0961
           jason.h.poole@usdoj.gov

## Certificate of Service

I hereby certify that on July 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notice of filing to all counsel of record.

    /s/ Jason Poole
Jason Poole
Court ID No. A5501525
Trial Attorney
Department of Justice, Tax Division
Southern Criminal Enforcement Section
601 D Street NW
Washington, DC 20004
Tel: (202) 514-5145
Fax: (202) 514-0961
jason.h.poole@usdoj.gov