```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                      FT. LAUDERDALE DIVISION
 3                      Case 08-60322-CR-COHN
 4
     UNITED STATES OF AMERICA,
 5
                 Plaintiff,
 6                                        FT. LAUDERDALE, FLORIDA
         vs.
 7                                        July 31, 2014
     RAOUL WEIL,
 8
                 Defendant.
 9   ------------------------------------------------------------
10                 TRANSCRIPT OF MOTION HEARING
                 BEFORE THE HONORABLE JAMES I. COHN,
11                 UNITED STATES DISTRICT JUDGE
12   APPEARANCES:
13   FOR THE GOVERNMENT:       MARK DALY, Senior Litigation Counsel
                               Department of Justice
14                             601 D Street, NW, Room 7334
                               Washington, D.C. 20579
15
     FOR THE DEFENDANT:        AARON R. MARCU, ESQ.
16                             KIMBERLY ZELNICK, ESQ.
                               Freshfields Bruckhaus Deringer
17                             601 Lexington Avenue, 31st Floor
                               New York, NY 10022
18
                               MATTHEW I. MENCHEL, ESQ
19                             ADRIANA RIVIERE-BADELL, ESQ.
                               Kobre & Kim, LLP
20                             2 South Biscayne Boulevard
                               35th Floor
21                             Miami, Fl 33131
22   REPORTED BY:              PAULINE A. STIPES, RPR-CM
                               Official United States Court Reporter
23                             Federal Courthouse
                               299 E. Broward Boulevard
24                             Ft. Lauderdale, FL  33301
                                               954-769-5496
25
```

 1          THE COURT:  Folks, good morning, the matter before the

 2   Court is United States of America versus Raoul Weil.

 3          This is 08 dash 60322-Cr.

 4          Would counsel for the respective parties please state

 5   appearance?

 6          MR. DALY:  Mark Daly from the Tax Division from United

 7   States Department of Justice.  With me, Scott Johnson from IRS.

 8          MR. MARCU:  Good morning, Aaron Marcu from the

 9   Freshfields Bruckhaus Deringer firm.  I am with partner

10   Kimberly Zelnick, Matt Menchel, and Adriana Riviere-Badell, and

11   Charles Jacob and Charline Yim.

12          THE COURT:  Nice to have you here this morning.

13          We have a number of matters that we need to discuss.

14          What I would like to do is first address the

15   Defendant's motion for preliminary jury instruction which is

16   docket entry 57.

17          The Court has read the motion, the Government's

18   response and Defendant's reply, and I will hear argument.

19          MR. MARCU:  Thank you, your Honor.

20          Defense is seeking a preliminary instruction, is not

21   asking for anything extraordinary or out of the ordinary in

22   fact.

23          We are concerned about the possibility in a very

24   complex case that involves complicated issues of law and

25   particular tax law that involves a very complicated and

1  carefully negotiated contract between the Internal Revenue

2  Service on behalf of the United States and various banks

3  including UBS in Switzerland and elsewhere around the world.

4         There are some unfortunate phrases that have been used

5  in various proceedings by various Governmental entities I laid

6  out in my papers.  I won't repeat them all for the Court this

7  morning.

8         The concern we have the use by the Government in the

9  form of Congressional hearings by the Senate Permanent

10 Subcommittee, as well as, the Department of Justice in various

11 cases, as recently as May, have suggested by simply having

12 accounts in Switzerland for U.S. persons, that the banks, in

13 this case UBS, did not report to IRS.  That the bank was doing

14 something improper or unlawful.

15        That is not accurate and the Government, I believe,

16 has agreed with our interpretation that is not accurate.

17        But the reference to undisclosed accounts have been

18 used by many, many entities, by Government entities, including

19 the Department.

20        While we are not suggesting we don't have a concern

21 that potential jurors have been reading so carefully reports by

22 the PSI from the Senate for --

23        THE COURT:  I doubt that we will have any juror who

24 has even heard of qualified intermediary.

25        I would be shocked if any juror is aware of that term.

4

1        MR. MARCU:  Your Honor, I would have been in that same

2    group not all that long ago.

3        I am really not concerned, at least, that aspect of

4    the case has permeated the public consciousness that would

5    disrupt our client to get a fair trial.

6        It is complicated and confusing sufficiently so the

7    Department of Justice has gotten it wrong as recently as May in

8    the press release announcing a recent settlement with a

9    financial institution in Switzerland, the Government made the

10   statement -- I am not quoting -- essentially, by having

11   accounts that were not disclosed to IRS that were on behalf of

12   U.S. citizens, that, that alone, was a reason to be criminally

13   punished.

14       It simply is not prohibited.  The agreement is

15   permissive, agreed to by IRS, part of a negotiated contract,

16   and we don't want the jurors to fall into the same trap that

17   the Senate and Department of Justice has by hearing the term

18   "undisclosed accounts," thinking here we are, they were hiding

19   these accounts.

20       That was lawful.

21       That is the essence of our concern and the reason we

22   ask for the instruction.

23       We appreciate or expect that Your Honor will instruct

24   the jury in various ways at the start of the case before the

25   proof is taken on preliminary matters and procedures of the

1  Court; but, also, it is not unusual for the Court to say

2  something about the charges, about the indictment, and we would

3  like to have a balancing instruction that makes sure, from the

4  outset, that the jury does not get off on the wrong foot and

5  misunderstand what references to undisclosed accounts might

6  mean.

7          I don't think it is fair to say such an instruction

8  would be biased or prejudicial.  It he is accurate.  The

9  Government agrees, in essence, it is accurate.

10          If the language of the instruction that we propose is

11 not regarded by the Court as perfect, we are amenable to

12 offering modifications.  We are amenable to the Court

13 introducing this concept in the context of talking about the

14 charges in the case in whatever way the Court thinks

15 appropriate, but we want to make sure we don't get off on the

16 wrong foot with the jury such as I am describing.

17          This is not extraordinary.  It is a routine part of

18 every case.  The question is how much instructing should be

19 done in complicated tax cases?  It is not unusual for such

20 instruction to be given.

21          That is the essence of the defense argument with

22 respect to those instructions.

23          THE COURT:  All right.  Let me hear from the

24 Government.

25          MR. DALY:  Your Honor, the Government has set forth in

1  its papers the preliminary instruction not only is unnecessary

2  but will improperly recharacterize the indictment as laid

3  forth.

4          In essence, it will cause the jury to filter all the

5  information through what was a private contract between IRS and

6  UBS AG.  That is not what the indictment charges.  The

7  indictment charges a conspiracy.

8          THE COURT:  The indictment, in paragraph 16, says that

9  it was part of the conspiracy Mr. Weil entered into the

10  qualified intermediary agreement.

11          MR. DALY:  It is true, Your Honor, in paragraph 16

12  that the executives at UBS entered into and representing to the

13  IRS that they were in compliance with the qualified

14  intermediary.

15          The case at trial will show these executives were

16  fully knowledgeable that they were not in compliance; and, as

17  the business was run, they could not be in compliance.

18          The evidence will show UBS, at that time, was trying

19  to develop a fully tax and securities compliant entity which

20  was called Swiss Financial Advisers, a parallel fully declared

21  business.

22          The evidence will show that Mr. Weil was the one who

23  resisted the creation of that entity and, ultimately, even

24  after that was developed, refused to shut down the business.

25          While the Qualified Intermediary Agreement is part of

1  the charge, it takes primacy over what is, in essence, what is

2  a conspiracy to -- a conspiracy against the United States to

3  defraud the United States of its tax money.

4           The preliminary instruction elevates it.  At the

5  beginning, start of the trial, there are no other instructions,

6  presumably, outside the traditional ones, be it evidence,

7  hearsay, Government's presentation.  All of a sudden, the jury

8  is going to hear an instruction about the Qualified

9  Intermediary Agreement, and one can't help but think how the

10  Court felt this was an important issue, I have to see how all

11  the evidence fits into that.

12           In doing that, it creates an additional burden on the

13  Government.

14           The cases cited by defense aren't really apt.  If you

15  look at the underlying cases, they don't include private

16  contracts between IRS.  If you look, they cite Bynum.  In

17  Bynum, the Court gave traditional instructions, order of

18  evidence, indictment, evidence; and, specific, elements of the

19  crime, definitions regarding the use of a conjunction in the

20  statute, and aiding and abetting.

21           They didn't peek behind the indictment and give

22  specific instructions about contractual relations, that is,

23  that in apposite, the Government cites Stein and Campa.  Stein

24  and Campa dealt with complex tax shelters that involved legal

25  opinions that went on for tens if not hundreds of pages.  Stein

1  had 19 defendants.  That case was expected to take months.

2        What later happened is because of what the Court

3  viewed to be the Government's improper interference with the

4  right to counsel, most of the defendants were dismissed.  Stein

5  can't be looked at in the abstract of any tax case.  It has to

6  be viewed in the facts of that case, many, many defendants in

7  many positions, different positions, which would last months.

8        This is two weeks, a single defendant, one count.

9  This does not beg for the instruction where people are charged

10 where there are more than dozen defendants charged with up to

11 10, 20 specific counts in violation.

12        So, in summation --

13        THE COURT:  Let me ask you this --

14        MR. DALY:  Certainly.

15        THE COURT:  What role does the Qualified Intermediary

16 Agreement play in this case?

17        MR. DALY:  It plays an important role because, in

18 essence, I believe that the evidence at trial will show that

19 UBS AG was operating in what was, the Government will contend,

20 is an illegal cross-border business, providing services to

21 United States clients, not registered by SEC, not licensed by

22 any United States banking commission.  They were helping U.S.

23 taxpayers open undeclared accounts, accounts they knew were not

24 reported to the IRS.  Part of that was bank secrecy.

25        It was sold to prevent the IRS from discovering you

1  had a declared account.

2       As part of the agreement, they have to obtain IRS

3  forms from U.S. customers, usually a W-9, and I think the

4  evidence will show that UBS, as the business was operated, knew

5  it couldn't comply with the Qualified Intermediary Agreement.

6  They would have to report purchase and sale, U.S. income, to

7  the IRS.

8       The reason that is is that U.S. bankers -- there are

9  actually two components.  One, purchase and sale of the

10 securities, and called a deemed sale.  If UBS comes into the

11 United States and you give instruction to sell the security,

12 UBS needs to hold 30 percent on that.

13      Because they had their bankers coming in for thousands

14 of visits a year, there is no possible way they could withhold

15 on all of those because, as stated in the indictment, the rule

16 was, even if a sale occurs in the United States, no record will

17 show that sale occurred.

18      So, the QI is there.  The evidence will show the other

19 managers were advocating this.  They couldn't comply.  Emphasis

20 on new money, basically, you may have a rule you can't help

21 U.S. customers, causing people to go into the United States to

22 help them and sell securities.

23      While the QI is there this isn't about the QI.  It is

24 about UBS contracting with U.S. customers in assisting them and

25 assisting them in evading their taxes.

1        While it may be legal for a bank to hold an undeclared

2    account, this is different.  UBS should have known that the

3    clients weren't reporting income to the United States and went

4    forward anyways.

5        This is abundantly clear.  This is how the business is

6    operated.

7        THE COURT:  But the QI did not prohibit the

8    nondisclosure of undeclared accounts, correct?

9        MR. DALY:  Your Honor, this is --

10       THE COURT:  There was no requirement that an

11   undeclared account be disclosed to the IRS, correct?

12       MR. DALY:  It depends on the circumstances.  If the

13   person holds U.S. securities, they have to report it under a

14   W-9.

15       THE COURT:  Then, it wouldn't be an undeclared

16   account.

17       MR. DALY:  USB provided instructions to clients.  They

18   could sign a form that said I do not want my identity revealed

19   to the IRS.  That may be a perfectly legal act.  If they know

20   the client is evading taxes, that is an affirmative act in

21   furtherance of the conspiracy.

22       If UBS knew, basically, from the outset of the QI, it

23   intended to subvert it.

24       In doing so, one of the things identified in there

25   they set up structures for U.S. persons so they could hide

1  behind Lichtenstein foundations and sham structures were the

2  actual holders in the account.  They would hold the W-8 BEN

3  that says the beneficial owner of the assets is not a U.S.

4  person.

5        Those documents were false.  UBS went about subverting

6  the Qualified Intermediary Agreement.

7        It is far too simplistic to say it is not prohibited

8  to hold undeclared accounts.  It is a much more factual

9  analysis than that.

10        THE COURT:  My concern is paragraph 16 of the

11  indictment.

12        It was the Government that crafted the indictment.

13        Paragraph 16 says that it was part of the conspiracy

14  that Defendant Weil, executives and managers entered into the

15  QI Agreement and represented to the IRS the Swiss Bank was in

16  compliance with the terms of the QI Agreement while knowing

17  United States cross-border business was not conducted in a

18  manner which complied with the terms of the QI Agreement.

19        I take this to mean that this is an integral part of

20  the indictment.

21        MR. DALY:  It is an integral part of the indictment.

22  The question is whether it requires a specific instruction at

23  the outset.

24        THE COURT:  Well, here's, here's what I think may be a

25  more appropriate resolution of the issue.

1          In -- This may allay the Government's concerns.

2          Rather than give a preliminary instruction which

3    contains the proposed language of the defense is that when the

4    Court, at the beginning of voir dire, the Court will summarize

5    the indictment; and, in that summary, that the Court include

6    some of the language that Mr. Weil is requesting regarding the

7    legal effect of the QI Agreement and, that way, it does not

8    place too big of a focus on the QI Agreement; but, yet, the

9    jury is instructed that the mere existence of undeclared

10   accounts is not a violation of the QI Agreement.

11         Now, what I would suggest is that both parties submit

12   a proposed summary of the indictment which includes some of the

13   language that Mr. Weil is requesting.

14         How much time do you all need to provide that?

15         We have 75 days before trial.

16         Two weeks?

17         MR. MARCU:  Two weeks should be fine, Your Honor.

18         THE COURT:  All right.  Two weeks.

19         MR. DALY:  Two weeks should be fine.

20         THE COURT:  Two weeks, okay.

21         The next motion is the Defendant's motion to obtain

22   testimony from foreign witnesses via live video conference,

23   docket entry 63.

24         MR. MARCU:  Thank you, Your Honor.  The defense is in

25   an unusual, but not unheard of, position but it is an

1  exceptional case, perhaps it is fair to say, in that the

2  Government charged a defendant from overseas, from Switzerland,

3  Swiss National, who spent most of his life in Switzerland in a

4  case that involves, virtually, all witnesses from overseas,

5  most from Switzerland.  Some have gone to other parts of the

6  world as their jobs have taken them.

7          THE COURT:  Let me ask you this question, if I may.

8          If the Government granted safe passage for each of the

9  witnesses that the Defendant intends to call, would these

10  witnesses voluntarily appear here in Florida?

11         MR. MARCU:  Your Honor, I can't give a definitive

12  answer.  I would say, to the best of my current knowledge,

13  based on communicating with witnesses, that some would appear

14  voluntarily in the United States if granted safe passage;

15  probably, some would not.

16         We would end up with a bit of a -- I very much would

17  like to know if we can get safe passage for witnesses because

18  part of the obstacle we have to putting our defense together is

19  the fear that witnesses will be somehow interfered with when

20  they come to the United States, and they put quite a high -- a

21  lot of stock in the fact that the Mr. Weil was indicted.

22         I don't mean to try the case this minute, but I have

23  heard repeatedly, if Raoul Weil who is regarded as the

24  straightest arrow and most focused on compliance of anybody in

25  the business can be indicted, then, no one is safe.

1    It is hard to over state the sense of fear and anxiety

2 that permeates the banking industry in Switzerland as a result

3 of what has been a very successful campaign by the United

4 States to attempt, and successfully attempt, to eliminate bank

5 secrecy in Switzerland.

6    I am not attacking it, challenge it.  I am not

7 disagreeing with the Government in getting people to pay their

8 taxes.  I applaud that effort.

9    There is a great deal of anxiety among bankers.

10    While there is a great deal of concern about Mr. Weil

11 and desire to provide evidence that would be of assistance, I

12 think there is probably in excess of a dozen witnesses who have

13 expressed a willingness to consider coming to the U.S. or have

14 said, if I could give my testimony without coming to the United

15 States, I would be willing to do that, or might be willing to

16 do that.  It is a bit in development.

17    Until we could give the witness some sense there is a

18 pretty good chance they could get safe passage, it is hard to

19 get a commitment.

20    We have discussed this with the Government over time

21 and Government agreed it would consider whether it would grant

22 safe passage.

23    Where we end up, in a sense, not in agreement, U.S.

24 has said it would only tell us whether it would grant safe

25 passage to a witness if we tell the Government who that witness

1    is and what that witness would testify about.

2           THE COURT:  Doesn't Rule 15 --

3           If you are seeking to take a deposition to perpetuate

4    testimony, doesn't Rule 15 require, number one, disclosure of

5    the name of the witness and, then, also, a detailed summary of

6    what you anticipate the witness will testify to?

7           MR. MARCU:  Your Honor, it does require showing of

8    materiality.

9           I would submit especially in a case like this where,

10   virtually, all defense witnesses are from overseas, I would

11   submit we would make a showing without disclosing identities at

12   this time, and I can't even give identity of the witness that I

13   could say will testify if given safe passage yet.

14          If I could do that and maintain the confidentiality of

15   the witnesses' identities for the time being, as such, I would

16   be able to go back to the witnesses and get commitments for

17   them to appear.

18          All I ask for, so far, is some standards that we could

19   use to help the witnesses predict whether they will be able to

20   get safe passage.

21          I suggested that anyone who is not on the Government's

22   rather extensive list of co-conspirators, that is the 64 UBS

23   employees, plus -- and I put aside the 8 or 10,000 account

24   holders who are all lumped together in the 65th line of their

25   list, but the 64 who are bankers, essentially, or otherwise

1  were employed by the bank or are employed by the bank, if none

2  of them -- rather, I would think if a witness is not on that

3  list six years after Mr. Weil's indictment, the chances that

4  any such person is a target of the Government are very, very

5  low, and, so, I would ask -- we suggested that would be one way

6  to develop a standard.  To say, if you are not on the

7  co-conspirator list, barring any extraordinary circumstances

8  that gives the Government an existing desire to charge such

9  person, that person would get safe passage purely to come and

10  testify.

11      That would be one approach.  I am not asking the Court

12  to impose that.  I am pleased in having the Court's help in

13  working out something.

14      Our concern is, if we don't get safe passage or

15  clarity in time, we will be getting very close to trial with

16  too much uncertainty whether we would be able to put a defense

17  on.

18      We communicated this with the Government and Swiss

19  counsel, and we have reason to believe, perhaps, a little

20  higher sense of comfort than that, we would be able to work out

21  a mechanism for having live testimony from Switzerland that

22  would be transmitted to the Court.

23      Courts have recognized that is superior means of

24  providing the evidence to the jury, particularly, in a case

25  where so much, I believe, of the defense case might have to be

1   done that way, especially, if there is no arrangement on safe

2   passage.

3          It would be critical to the defense to be able to put

4   on a case and for the Defendant to get a fair trial to be able

5   to give the jury as good a means of seeing and hearing the

6   evidence as we possibly can.

7          So, we've -- we have those arrangements in process.  I

8   believe it can be done.  It has been done before.

9          It is a bit hard to find precedence because,

10  generally, they don't result in written opinions, it appears,

11  unless there is a confrontation clause issue, because the

12  Government is the one that wants the foreign testimony by

13  video, and there are multiple cases where the Government has

14  succeeded in getting from courts orders to permit live video

15  testimony.

16         THE COURT:  Let me ask you this:  In cases where the

17  Government has been permitted to use testimony via satellite,

18  has the Government been required to name the witness in advance

19  and provide a description of their testimony?

20         MR. MARCU:  I suspect, Your Honor, the answer is yes.

21  I couldn't say in all cases.

22         THE COURT:  Then, why shouldn't that be done here?

23         MR. MARCU:  Well, because the Government has the

24  burden of proof.  We should have the right -- So much of our

25  defense would have to be disclosed before trial.  We don't know

1  who the Government's witnesses are.  We have four point one

2  million pages of discovery.

3        THE COURT:  You would agree, if defense wanted to take

4  depositions in advance of trial to perpetuate testimony, they

5  would have to comply with Rule 15?

6        MR. MARCU:  We would, but Rule 15 requirements do not

7  necessarily apply to live testimony.

8        THE COURT:  Isn't that the most analogous Rule since

9  there is -- or I am not aware of a Rule of Criminal Procedure

10  involving taking testimony via satellite.

11        MR. MARCU:  There is no Rule with respect to live

12  testimony, yet, via satellite.

13        THE COURT:  Video conferencing.

14        MR. MARCU:  Whatever.  It is beyond my technical

15  capacity to understand, but there are cases that have analyzed

16  this.  Some look to Rule 15 by analogy and some don't and look

17  to it, essentially, testimony that is in a different place, and

18  being live to the jury and they see the live interaction

19  between the witness, the lawyers and judge, as if it were in

20  the courtroom.  Because of the miracle of technology, we can do

21  many things that the Rules have not caught up to.

22        At some point, our grand children will be reading

23  about or arguing about whether you have to go to the courthouse

24  at all to have your trial, but for the time being --

25        THE COURT:  Do you have a location in mind for the

1    witness to appear?

2            MR. MARCU:  We have, in Switzerland.  The answer would

3    be either in the U.S. Counsulate in Zurich or U.S. Embassy in

4    Bern, unless the Embassy decided to have it in some Swiss

5    facility.  That is up for discussion.

6            The understanding we have at the moment is they would

7    like to know the Court would permit it if the conditions are

8    acceptable to the Court here.

9            THE COURT:  May have been the Government cited the

10   Khan case, K-h-a-n, I think, before Judge Scola, where they

11   took testimony from some witnesses over in Pakistan and it was

12   a disaster.

13           MR. MARCU:  Well, my guess is -- not guess, I can, I

14   think, represent confidently to the Court that the facilities

15   available and the technology available in Switzerland will

16   substantially reduce the chance of disaster.

17           THE COURT:  Let's hope so.

18           MR. MARCU:  I think we can develop -- but if the Court

19   is not satisfied --

20           THE COURT:  I am concerned about the prerequisites

21   under Rule 15.

22           I do agree with the Government that that is analogous

23   to the issue here.

24           MR. MARCU:  Analogous --

25           I beg your pardon.

1          THE COURT:  Go ahead.

2          MR. MARCU:  Analogous I concede.  Not necessarily

3    binding.  It is not deposition testimony being preserved.  It

4    is, essentially, testimony live from a different place.

5          Other courts that have reviewed that have suggested

6    that they look to Rule 15 to some extent and they have

7    considered it as a hybrid.  The Courts call it a constitutional

8    hybrid because of the importance to the defense of being able

9    to get testimony in defense of the Defendant that is not

10   otherwise available.

11         I don't have the power to bring those people here.  I

12   don't have the power to grant safe passage.  The Government has

13   the ability to grant safe passage and has done so.  I am at

14   such a disadvantage I am trying to affect the balance of it.

15         THE COURT:  It is obvious, going back to safe passage,

16   it is impossible for the Government, I would think, to agree or

17   not to safe passage without knowing the name of the witness.

18         MR. MARCU:  Your Honor, again, there is a bit of a

19   chicken and egg situation here because of the witnesses.

20         And it was a consideration for me, from a

21   constitutional prospective, to disclose all of my witnesses two

22   months in advance of trial and the Government will not tell me

23   who their witnesses are except two weeks before trial.

24         THE COURT:  That may be intertwined with this issue.

25         MR. MARCU:  We have a constitutional right to put on a

1  defense and to require the Government to meet its burden of

2  proof beyond a reasonable doubt before we have to decide what,

3  if any, defense to put on.

4         For me to disclose my whole defense in advance of

5  seeing the Government's proof would be traumatic and would be

6  unfair, order of the case upside down.  Defense had to begin

7  first and then the Government proceed.

8         I would ask that we be permitted in the short term,

9  two things.  If we work out safe passage, great.  If it enables

10  me, without disclosing witnesses, even if I have to come in

11  camera to tell you what the testimony would be, to work through

12  the process of getting commitments to come giving safe passage,

13  and we would know what witnesses would not come.

14         And I would go to point two.  I would still ask the

15  Court to permit us to pursue the avenue of live video testimony

16  so that we can give those who would not come even with safe

17  passage ability to present their testimony to the jury in that

18  fashion.

19         THE COURT:  Thank you, Mr. Marcu.

20         Mr. Daly.

21         MR. DALY:  Thank you, Your Honor.

22         Your Honor, I believe in your exchange with Mr. Marcu

23  you covered most of the issues.

24         The Government would like to iterate it has not denied

25  or has not refused to enter into the concept of permitting safe

1  passage.  The Government just asks who it is and what their

2  testimony might be.

3         We asked for the same information they would have to

4  provide under Rule 15.

5         We have had this conversation ongoing for months.  It

6  has stalled and it is at the same place where it was several

7  months ago.

8         I understand the Defendant does not want to tip his

9  hand, but the Government has to have some idea who these people

10 are.

11        At this point, we are at an impasse.

12        THE COURT:  Let me ask you this:  Would it balance the

13 scales if the Court did require the Government to disclose its

14 witnesses at the same time that the defendant discloses the

15 names of the individuals that it is seeking safe passage for?

16        MR. DALY:  The Government could produce -- the

17 Government -- In fact, defense already knows who the

18 Government's core witnesses are.  I don't think there is any

19 surprise to the Defendant considering that after Your Honor

20 granted or gave direction regarding the in camera submission.

21        The Government intends to produce, probably, at the

22 beginning of next week, all of the memoranda of interview, all

23 of the interview notes for every single banker, every single

24 account holder.  Next week they will know what the evidence is.

25 There is not any question who the Government has talked to and

1   what they have already said.

2         So, by, again, I think, Mr. Marcu and I have a similar

3   level of comfort with technology.

4         Presuming our IT people can get the disc out, I

5   literally went through every document and clicked "produce."

6   They will have it on Monday, hopefully; if not, the end of the

7   week.

8         The fact that the defense is blindsided will be

9   obviated by the Government's production.

10         They will know who we already talked to and who our

11   potential witnesses are.

12         The Government, based on your Honor's ruling on Brady

13   and Giglio, the Government has decided to lay bear all of those

14   interviews.  That completely rebalances the issue who the

15   Government is going to call.

16         The Government continues to talk to individuals who

17   may wish to assist the Government, but they will have the

18   status quo, as of today, next week, if nothing else, actually,

19   allow them -- they will see what individuals we have talked to.

20   They will see what they said.  They can compare MOI's to the

21   interview notes and they will be able to say these are the

22   following five witnesses I need.

23         I think the Government, based on Your Honor's ruling,

24   we have decided, with exception of deliberative process or any

25   other privilege, the defense can have it.

1     THE COURT:  Very good, thank you, sir.

2     MR. MARCU:  I am pleased to hear that we will be

3  receiving the notes and interview memos early next week.  That

4  will be a substantial help to the defense beyond question.

5     Your Honor, again, what I propose, I would like to

6  give it a little thought, perhaps, but what I propose is that

7  we stage things a bit.

8     I don't want to in any way discourage Mr. Daly from

9  producing all of the notes and memorandum.  I don't know -- We

10  may or may not know who the witnesses are.  Sounds like we will

11  know in large part, maybe entirely, who the universe of people

12  represents, who could be witnesses.

13     What I would like to do is see what I get next week

14  and then we could then -- I could make a proposal, if the Court

15  would permit, how we would proceed with defense witnesses then.

16     THE COURT:  All right.  So, what I will do is defer

17  ruling and give defense an opportunity to make a supplemental

18  motion.

19     MR. MARCU:  We just got the Government's brief in

20  opposition Tuesday, so I owe you a reply, in any event.

21  Perhaps, I could do it in that context.

22     THE COURT:  That will be fine.  I will defer ruling,

23  then.

24     MR. MARCU:  May I ask Your Honor if you would

25  authorize us to proceed with discussions with the Swiss with

1  respect to the mechanics and the likelihood, possibility, of

2  having testimony from Switzerland?  It would be helpful, I

3  think, not to let more time pass.

4          THE COURT:  I agree with you and that request is

5  granted; but, I do feel, and I am deferring ruling, but I am

6  leaning heavily toward requiring a disclosure of the names and

7  just a brief summary of what the witness' testimony will be.

8          MR. MARCU:  I appreciate the warning, Your Honor.

9          THE COURT:  I don't think the reasons for their

10 unavailability is necessary.

11         I understand that they are outside the subpoena power

12 of the Court.

13         MR. MARCU:  Very good, appreciate that, Your Honor.

14         THE COURT:  All right.  Then that leaves us, which may

15 be somewhat moot, with the Defendant's motion to compel

16 production of the Government's witness and exhibit list, docket

17 entry 62.

18         In light of the Government's representation, is there

19 something else you are requesting 60 days in advance of trial?

20         MR. MARCU:  Your Honor, I would continue to, because

21 of the volume of the discovery, I would continue to request

22 that we receive significant notice of the exhibits that the

23 Government expects to use, recognizing that it might need to

24 modify that closer to trial; and I would like to know with more

25 specificity what witnesses will testify or highly likely to

1  testify unless that is apparent from what we get from the

2  Government next week.

3          And I would also -- I am thinking I would like to -- I

4  say this with some trepidation -- I am thinking we would

5  propose to the Court a bit of a staging so that at some point

6  after we receive a exhibit list and witness list, that we would

7  provide our list of witnesses so that we can first confer with

8  the witnesses and give them an opportunity to authorize us to

9  do so.

10          THE COURT:  Can you give me a ballpark as to when you

11  would want to make the defense disclosure?

12          MR. MARCU:  I think I would like 30 days after I get

13  this from the Government.

14          THE COURT:  Mr. Daly, do you wish to be heard?

15          MR. DALY:  First, Your Honor, defense frequently cites

16  the four point one million pages.  As we tried to make clear,

17  the core of this case is only about 30,000 pages, mostly, the

18  UBS documents that were turned over to the SEC or Department of

19  Justice.

20          It is actually a fairly narrow universe of

21  information.

22          The Government proposes two weeks is more than

23  sufficient.

24          The indictment lays out with great specificity what

25  various issues were raised.  There are un -- it is an undue

1    burden to do this 60 days or 30 days in advance.

2          The issues are very well laid out.  They had the

3    documents since Christmastime, before Mr. Weil made the initial

4    appearance.

5          There is not an element of surprise in this matter.

6    To the extent there are account holders, they have those

7    documents.  The Government can testify what account holders

8    might testify.  30 days in advance seems to be an excessive

9    burden on the Government.

10         THE COURT:  Thank you.

11         Mr. Marcu anything further?

12         MR. MARCU:  I don't think it is necessary to get into

13   a further discussion about the discovery -- documentary

14   discovery we have written to you about before.

15         What I would say is we have a very, very large

16   collection of documents.  It is about 2000 boxes, equivalent of

17   2000 boxes of documents.  In order to follow up on whatever we

18   see in the -- those documents that the Government selects for

19   use at trial and what we learn from the witness interview

20   materials we receive and gratefully will receive next week, we

21   need to spend time overseas.

22         It is not just that people are in three Continents,

23   unfortunately, we may need to do a substantial amount of travel

24   and the coordination is and time consuming, and it is, frankly,

25   quite sensitive.  We are dealing with Switzerland which is a

1   country, I don't have to tell anybody associated with these

2   cases, that highly value confidentiality.

3          Every baby step takes effort in planning and care.  It

4   is time consuming.  And I represent to the Court we have spent

5   a huge amount of time over the past few months since we got

6   through the Government's document production talking to,

7   identifying, tracking down and talking to witnesses and then

8   trying, patiently, to persuade them that they should help the

9   defense, notwithstanding concerns about the Government's

10  intentions.

11         It is a sensitive and difficult situation.

12         It is more difficult because of the fact that all

13  witnesses are, essentially, overseas.

14         With that, I reiterate the request we get substantial

15  notice so we have that at a time to prepare before trial.

16         THE COURT:  Mr. Daly, your position is that you don't

17  want to be locked into a trial strategy?

18         MR. DALY:  I guess the Government does not want to

19  be -- basically -- that is the position.  The Government

20  doesn't want to be locked into a specific trial strategy.

21         As we stated, the defense will know who the potential

22  witnesses are.  There may be changes because, as I said, there

23  are people who continue to contact the Government as to their

24  willingness to cooperate.

25         The Government, like defense, has an issue of foreign

1  witnesses, people who formerly worked for UBS have offered

2  assistance as the trial draws closer.

3          As for exhibits, the Government believes two weeks'

4  notice is more than sufficient.  This is a pretty narrow case

5  about documents.

6          As defense must realize the Government did not have

7  great access to the corporate records of UBS through the

8  investigation.

9          It is not a huge group.  They had more than ample time

10 to look through them.  The insistence that they have to look

11 through the information, it is misleading.  Mr. Weil ran this

12 business.  He oversaw this business for six years.  It is not

13 that it is unknown to him.

14         The records are there.  We think defense with two

15 weeks' notice has more than sufficient time to prepare

16 themselves.

17         THE COURT:  Okay.  I think in light of the fact that

18 the Government is voluntarily making a rather extensive

19 disclosure, essentially, 75 now, so, around 70 days prior to

20 trial, that 14 days in advance of trial is reasonable for the

21 Government to provide its witness and exhibit list.

22         So, the motion is granted in part.

23         The Court will require disclosure.

24         Let's see, I have a calendar here.

25         Disclosure will be no later than September 30, 2014.

1        Now, as you know, the Court granted the Defendant's

2  unopposed motion for juror questionnaire and I would like to

3  discuss with you some of the mechanics involved here.

4        You will note that the Court did require submission of

5  a proposed questionnaire by August the 6th, and I realize that

6  that is short notice but there is a number of steps that we

7  have to go through.

8        I would propose that following the receipt of the

9  proposed questionnaire on August 6th, that the Court conduct a

10  hearing on August 8th at 10:30 a.m. to discuss the

11  questionnaire that would be submitted to prospective jurors.

12  If need be, I don't mind if you appear by phone but, certainly,

13  you are welcome to appear here in person.

14        The goal is to mail the questionnaires to prospective

15  jurors by August 14th; and, as I have been told by the jury

16  room that it takes three to four days to copy and process the

17  questionnairs for mailing.

18        We will send out 500 questionnaires.

19        History tells us that approximately 60 percent of the

20  recipients of these questionnaires will submit responses.

21        So, if that is the case, we can expect about 300

22  completed questionnaires.

23        Now, the jurors should receive the questionnaires by

24  no later than August 19th.

25        The completed responses should be received by the

1  clerk within 10 to 12 days, which would put us August 31, the

2  end of August.

3          So, now we are 45 days before trial.

4          The questionnaires, copies of these questionnaires

5  should be available to counsel at the Clerk's Office, and that

6  will be in Miami, at the Clerk's Office in Miami, I am figuring

7  by September 3rd or September 4th.

8          I propose that we schedule a hearing to, essentially,

9  weed out jurors who are not qualified either because of a

10  specific bias or a hardship or for cause.

11          And I suggest, now, doesn't have to be this day, if

12  you need more time, I will certainly consider it, I suggest

13  Friday, September 12th at 10 a.m..

14          If that doesn't give you enough time to go over all

15  the questionnaires, we can move that back.

16          What do you think?

17          MR. MARCU:  That sounds very sensible, Your Honor.

18          I would like to give a little thought to once we have

19  a better sense of the questionnaire that the Court will

20  approve --

21          THE COURT:  I will probably approve most of what you

22  all request.

23          As I understand it, you are going to get together and

24  see if you can agree on one.

25          MR. DALY:  Since it was the Defendant's motion that

1  they provide the Government with a draft and we can add or

2  subtract from there, I would think the defense has an idea what

3  they are proposing.

4       MR. MARCU:  That is fair.

5       THE COURT:  Friday, September 12, 10 a.m., we will go

6  over that and try to weed out those that need not show up.

7       I've used questionnaires in several cases.  We used it

8  in a capital murder -- two capital murders that I tried, and we

9  used it in a mortgage fraud case where there were a number of

10 police officers that were defendants, so, the only cases I have

11 used questionnairs on have been high publicity cases.

12      This one, I don't know that the average juror will be

13 aware of this case, so, keep that in mind when you draft this

14 questionnaire.

15      Mr. Marcu, do you agree this case will take two weeks

16 to try, or do you think it will be longer?

17      MR. MARCU:  I think it may be a bit longer.  It will

18 depend on the results of the process I described earlier.

19      I think two to three weeks is a fair estimate.

20      THE COURT:  I think two weeks may be conservative.

21      Of course, you know your case, but I suspect defense

22 is probably going to have, maybe, a little more than the

23 Government anticipates.

24      All right.  With respect to the voir dire, jury

25 selection, I don't know how many jurors we will bring in.  We

1  have to wait and see how many questionnaires are returned and

2  how many we weed out.

3         I suspect, since this trial is not going to be an

4  extremely long trial, I would suspect that we could probably

5  impanel a jury if we bring in between 35 and 50 jurors.

6         I am certainly open to discussions.

7         Obviously, defendant will have 10 peremptories and

8  Government will have six.

9         I think we are going to be able to weed out a lot of

10 cause strikes through the questionnaires.

11        Anyway, we have time to talk about that.

12        Normally, in most cases, of course, the Court conducts

13 voir dire and the parties are permitted to submit proposed

14 questions and the Court will ask some.

15        Here we have the questionnaires, so I don't really

16 know how much more you are going to want me to ask, but, then,

17 after the Court completes its voir dire, the Court allows

18 counsel for each of the parties some time to voir dire the

19 venire.

20        In the average case, I have given each side 10 minutes

21 to ask additional questions but I suspect that you all are

22 going to want a little more.

23        How much time will you all be requesting?

24        MR. DALY:  Your Honor, it is hard to estimate without

25 knowing what the questionnaire will be.

 1          THE COURT:  All right.  This is something we can

 2   discuss when we have that hearing on September the 12th.

 3          We can discuss that.

 4          Insofar as the jury selection, I don't permit back

 5   strikes.

 6          Each side will alternate going first with respect to

 7   each juror seated.

 8          The Government will make its election first with

 9   respect to the first juror seated; and, with respect to the

10   second seat, defense will make its election first.

11          We will go back and forth and each side will have one

12   strike for alternates.

13          Now, one more motion.  The defense asks for a

14   modification in the pretrial release.

15          Mr. Daly, does the Government think there is a risk

16   for flight?

17          MR. DALY:  The Government relies on Probation and

18   Probation relies on the Government.

19          I don't mean to vouch for the Probation Officer who is

20   on medical leave.

21          His feeling was, particularly, as the case was getting

22   closer to trial, potential to flee is greater.

23          Four hours was sufficient time given proximity to

24   certain international airports, so the Government not wanting

25   to undermine Probation was supportive of Probation.

 1          THE COURT:  Does the Government have an independent

 2   view?

 3          MR. DALY:  We are not opposed to some modification.

 4   To the extent he has been compliant, we don't dispute that.

 5          It is a little bit of a chicken and egg.

 6          THE COURT:  Do you perceive Mr. Weil to be a flight

 7   risk at this juncture?

 8          MR. DALY:  I think as this gets closer to trial,

 9   incentive to flee is there.

10          I haven't seen Mr. Weil.  He has not done anything as

11   far as we know to raise a spector of fleeing.  He faces five

12   years in prison, so the risk is there.

13          While the prospect of trial is far, it is easy to

14   abide by the --

15          THE COURT:  The penalty sheet says three.

16          MR. DALY:  I hope not.  It is five.

17          THE COURT:  Jeff Neiman put three.

18          MR. MARCU:  We stipulate, Your Honor.

19          MR. DALY:  Probation's view is, as we get closer to

20   trial, the risk to flee is there.

21          THE COURT:  It is a high bond.

22          MR. DALY:  It is a high bond.

23          THE COURT:  New Jersey Pretrial Services reported no

24   problem, right, with Mr. Weil?

25          MR. DALY:  That is my understanding.

```
 1              THE COURT:  I am going to grant the request.

 2              Mr. Marcu, you can submit a proposed order.

 3              MR. MARCU:  Thank you.

 4              THE COURT:  Gentlemen and lady, anything else we need

 5  to discuss now?

 6              MR. MARCU:  Not from the defense prospective.

 7              MR. DALY:  No.

 8              THE COURT:  Thank you, gentlemen and lady.

 9              That will conclude this hearing.

10              I have been told the penalty sheet said five years.

11              Where did I get three years?

12              MR. DALY:  I am still happy to blame Jeff Neiman.

13              THE COURT:  I will tell Jeff you said that next time I

14  see him.

15              (Thereupon, the hearing was concluded.)

16

17                  C E R T I F I C A T E

18         I hereby certify that the foregoing is an accurate

19  transcription of proceedings in the above-entitled matter.

20
    August 4, 2014              \s\ Pauline A. Stipes
21  _____           _____
         DATE                   PAULINE A. STIPES
22                              Official United States Court Reporter
                                299 E. Broward Boulevard
23                              Ft. Lauderdale, Fl 33301
    954.769.5496
24

25
```

**A**

Aaron 1:15 2:8
abetting 7:20
abide 35:14
ability 20:13 21:17
able 15:16,19 16:16,20 17:3,4 20:8
  23:21 33:9
above-entitled 36:19
abstract 8:5
abundantly 10:5
acceptable 19:8
access 29:7
account 9:1 10:2,11,16 11:2 15:23
  22:24 27:6,7
accounts 3:12,17 4:11,18,19 5:5
  8:23,23 10:8 11:8 12:10
accurate 3:15,16 5:8,9 36:18
act 10:19,20
actual 11:2
add 32:1
additional 7:12 33:21
address 2:14
Adriana 1:19 2:10
advance 17:18 18:4 20:22 21:4
  25:19 27:1,8 29:20
Advisers 6:20
advocating 9:19
affect 20:14
affirmative 10:20
AG 6:6 8:19
ago 4:2 22:7
agree 18:3 19:22 20:16 25:4 31:24
  32:15
agreed 3:16 4:15 14:21
agreement 4:14 6:10,25 7:9 8:16
  9:2,5 11:6,15,16,18 12:7,8,10
  14:23
agrees 5:9
ahead 20:1
aiding 7:20
airports 34:24
allay 12:1
allow 23:19
allows 33:17
alternate 34:6
alternates 34:12
amenable 5:11,12
America 1:4 2:2
amount 27:23 28:5
ample 29:9
analogous 18:8 19:22,24 20:2
analogy 18:16
analysis 11:9
analyzed 18:15
announcing 4:8
answer 13:12 17:20 19:2
anticipate 15:6
anticipates 32:23
anxiety 14:1,9
anybody 13:24 28:1
Anyway 33:11
anyways 10:4
apparent 26:1
appear 13:10,13 15:17 19:1 30:12
  30:13
appearance 2:5 27:4
APPEARANCES 1:12
appears 17:10
applaud 14:8
apply 18:7
apposite 7:23
appreciate 4:23 25:8,13
approach 16:11
appropriate 5:15 11:25
approve 31:20,21
approximately 30:19
apt 7:14
aren't 7:14
arguing 18:23
argument 2:18 5:21
arrangement 17:1
arrangements 17:7
arrow 13:24
aside 15:23
asked 22:1
asking 2:21 16:11
asks 22:1 34:13
aspect 4:3
assets 11:3

**B**

assist 23:17
assistance 14:11 29:2
assisting 9:24,25
associated 28:1
attacking 14:6
attempt 14:4,4
August 30:5,9,10,15,24 31:1,2
  36:20
authorize 24:25 26:8
available 19:15,15 20:10 31:5
avenue 1:17 21:15
average 32:12 33:20
aware 3:25 18:9 32:13
a.m 30:10 31:13 32:5

**B**

baby 28:3
back 15:16 20:15 31:15 34:4,11
balance 20:14 22:12
balancing 5:3
ballpark 26:10
bank 3:13 8:24 10:1 11:15 14:4
  16:1,11
bankers 9:8,13 14:9 15:25
banking 8:22 14:2
banks 3:2,12
barring 16:7
based 13:13 23:12,23
basically 9:20 10:22 28:19
bear 23:13
beg 8:9 19:25
beginning 7:5 12:4 22:22
behalf 3:2 4:11
believe 3:15 8:18 16:19,25 17:8
  21:22
believes 29:3
BEN 11:2
beneficial 11:3
Bern 19:4
best 13:12
better 31:19
beyond 18:14 21:2 24:4
bias 31:10
biased 5:8
big 12:8
binding 20:3
Biscayne 1:20
bit 13:16 14:16 17:9 20:18 24:7
  26:5 32:17 35:5
blame 36:12
blindsided 23:8
bond 35:21,22
Boulevard 1:20,23 36:22
boxes 27:16,17
Brady 23:12
brief 24:19 25:7
bring 20:11 32:25 33:5
Broward 1:23 36:22
Bruckhaus 1:16 2:9
burden 7:12 17:24 21:1 27:1,9
business 6:17,21,24 8:20 9:4 10:5
  11:17 13:25 29:12,12
Bynum 7:16,17

**C**

C 36:17,17
calendar 29:24
call 13:9 20:7 23:15
called 6:20 9:10
camera 21:11 22:20
Campa 7:23,24
campaign 14:3
can't 7:9 8:5 9:20 13:11 15:12
capacity 18:15
capital 32:8,8
care 28:3
carefully 3:1,21
case 1:3 2:24 3:13 4:4,24 5:14,18
  6:15 8:1,5,6,16 13:1,4,22 15:9
  16:24,25 17:4 19:10 21:6 26:17
  29:4 30:21 32:9,13,15,21 33:20
  34:21
cases 3:11 5:19 7:14,15 17:13,16
  17:21 18:15 28:2 32:7,10,11
  33:12
caught 18:21
cause 6:4 31:10 33:10
causing 9:21

**C**

certain 34:24
certainly 8:14 30:12 31:12 33:6
certify 36:18
challenge 14:6
chance 14:18 19:16
chances 16:3
changes 28:22
charge 7:1 16:8
charged 8:9,10 13:2
charges 5:2,14 6:6,7
Charles 2:11
Charline 2:11
chicken 20:19 35:5
children 18:22
Christmastime 27:3
circumstances 10:12 16:7
cite 7:16
cited 7:14 19:9
cites 7:23 26:15
citizens 4:12
clarity 16:15
clause 17:11
clear 10:5 26:16
clerk 31:1
Clerk's 31:5,6
clicked 3:5
client 4:5 10:20
clients 8:21 10:3,17
close 16:15
closer 25:24 29:2 34:22 35:8,19
COHN 1:10
collection 27:16
come 13:20 16:9 21:10,12,13,16
comes 9:10
comfort 16:20 23:3
coming 9:13 14:13,14
commission 8:22
commitment 14:19
commitments 15:16 21:12
communicated 16:18
communicating 13:13
compare 23:20
compel 25:15
completed 30:22,25
completely 23:14
completes 33:17
complex 2:24 7:24
compliance 6:13,16,17 11:16
  13:24
compliant 6:19 35:4
complicated 2:24,25 4:6 5:19
complied 11:18
comply 9:5,19 18:5
components 9:9
concede 20:2
concept 5:13 21:25
concern 3:8,20 4:21 11:10 14:10
  16:14
concerned 2:23 4:3 19:20
concerns 12:1 28:9
conclude 36:9
concluded 36:15
conditions 19:7
conduct 30:9
conducted 11:17
conducts 33:12
confer 26:7
conference 12:22
conferencing 18:13
confidentiality 15:14 28:2
confidently 19:14
confrontation 17:11
confusing 4:6
Congressional 3:9
conjunction 7:19
consciousness 4:4
conservative 32:20
consider 14:13,21 31:12
consideration 20:20
considered 20:7
considering 22:19
conspiracy 6:7,9 7:2,2 10:21 11:13
constitutional 20:7,21,25
consuming 27:24 28:4
contact 28:23
contains 12:3
contend 8:19
context 5:13 24:21
Continents 27:22
continue 25:20,21 28:23

**D**

continues 23:16
contract 3:1 4:15 6:5
contracting 9:24
contracts 7:16
contractual 7:22
conversation 22:5
cooperate 28:24
coordination 27:24
copies 31:4
copy 30:16
core 22:18 26:17
corporate 29:7
correct 10:8,11
couldn't 9:5,19 17:21
counsel 1:13 2:4 8:4 16:19 31:5
  33:18
Counsulate 19:3
count 8:8
country 28:1
counts 8:11
course 32:21 33:12
Court 2:22 2:1,2,12,17 3:6,23 5:1
  5:1,11,12,14,23 6:8 7:10,17 8:2
  8:13,15 10:7,10,15 11:10,24 12:4
  12:4,5,18,20 13:7 15:2 16:11,22
  17:16,22 18:3,8,13,25 19:7,8,9
  19:14,17,18,20 20:1,5,24 21:15
  21:19 22:12,13 24:1,14,16,22
  25:4,9,12,14 26:5,10,14 27:10
  28:4,16 29:17,23 30:1,4,9 31:19
  31:21 32:5,20 33:12,14,17,17
  34:1 35:1,6,15,17,21,23 36:1,4,8
  36:13,15
courthouse 1:23 18:23
courtroom 18:20
courts 16:23 17:14 20:5,7
Court's 16:16
covered 21:23
co-conspirator 16:7
co-conspirators 15:22
crafted 11:12
creates 7:12
creation 6:23
crime 7:19
Criminal 18:9
criminally 4:12
critical 17:3
cross-border 8:20 11:17
current 13:12
customers 9:3,21,24

**D**

D 1:14
Daly 1:13 2:6,6 5:25 6:11 8:14,17
  10:9,12,17 11:21 12:19 21:20,21
  22:16 24:8 26:14,15 28:16,18
  31:25 33:24 34:15,17 35:3,8,16
  35:19,22,25 36:7,12
dash 2:3
DATE 36:21
day 31:11
days 12:15 25:19 26:12 27:1,1,8
  29:19,20 30:16 31:1,3
deal 14:9,10
dealing 27:25
dealt 7:24
decide 27:2
decided 19:4 23:13,24
declared 6:20 9:1
deemed 9:10
defendant 1:8,15 8:8 11:14 13:2,9
  17:4 20:9 22:8,14,19 33:7
defendants 8:1,4,6,10 32:10
Defendant's 2:15,18 12:21 25:15
  30:1 31:25
defense 2:20 5:21 7:14 12:3,24
  13:18 15:10 16:16,25 17:3,25
  18:3 20:8,9 21:1,3,4,6 22:17 23:8
  23:25 24:4,15,17 26:11,15 28:9
  28:21,25 29:6,14 32:2,21 34:10
  34:13 36:6
defer 24:16,22
deferring 25:5
definitions 7:19
definitive 13:11
defraud 7:3
deliberative 23:24
denied 21:24
Department 1:13 2:7 3:10,19 4:7

4:17 26:18
**depend** 32:18
**depends** 10:12
**deposition** 15:3 20:3
**depositions** 18:4
**Deringer** 1:16 2:9
**described** 32:18
**describing** 5:16
**description** 17:19
**desire** 14:11 16:8
**detailed** 15:5
**develop** 6:19 16:6 19:18
**development** 6:24
**development** 14:16
**didn't** 7:21
**different** 8:7 10:2 18:17 20:4
**difficult** 28:11,12
**dire** 12:4 32:24 33:13,17,18
**direction** 22:20
**disadvantage** 20:14
**disagreeing** 14:7
**disaster** 19:12,16
**disc** 23:4
**disclose** 20:21 21:4 22:13
**disclosed** 4:11 10:11 17:25
**discloses** 22:14
**disclosing** 15:11 21:10
**disclosure** 15:4 25:6 26:11 29:19
  29:23,25
**discourage** 24:8
**discovering** 8:25
**discovery** 18:2 25:21 27:13,14
**discuss** 2:13 30:3,10 34:2,3 36:5
**discussed** 14:20
**discussion** 19:5 27:13
**discussions** 24:25 33:6
**dismissed** 8:4
**dispute** 35:4
**disrupt** 4:5
**DISTRICT** 1:1,1,11
**Division** 1:2 2:6
**docket** 2:16 12:23 25:16
**document** 23:5 28:6
**documentary** 27:13
**documents** 11:5 26:18 27:3,7,16
  27:17,18 29:5
**doesn't** 15:2,4 28:20 31:11,14
**doing** 3:13 7:12 10:24
**don't** 3:20 4:16 5:7,15 7:15 13:22
  16:14 17:10,25 18:16 20:11,12
  22:18 24:8,9 25:9 27:12 28:1,16
  30:12 32:12,25 33:15 34:4,19
  35:4
**doubt** 3:23 21:2
**dozen** 8:10 14:12
**draft** 32:1,13
**draws** 29:2
**D.C** 1:14

### E

**E** 1:23 36:17,17,22
**earlier** 32:18
**early** 24:3
**easy** 35:13
**effect** 12:7
**effort** 14:8 28:3
**egg** 20:19 35:5
**either** 19:3 31:9
**election** 34:8,10
**element** 27:5
**elements** 7:18
**elevates** 7:4
**eliminate** 14:4
**Embassy** 19:3,4
**Emphasis** 9:19
**employed** 16:1,1
**employees** 15:23
**enables** 21:9
**enter** 21:25
**entered** 6:9,12 11:14
**entirely** 24:11
**entities** 3:5,18,18
**entity** 6:19,23
**entry** 2:16 12:23 25:17
**equivalent** 27:16
**especially** 15:9 17:1
**ESQ** 1:15,16,18,19
**essence** 4:21 5:9,21 6:4 7:1 8:18
**essentially** 4:10 15:25 18:17 20:4

28:13 29:19 31:8
**estimate** 32:19 33:24
**evading** 9:25 10:20
**event** 24:20
**evidence** 6:18,22 7:6,11,18,18 8:18
  9:4,18 14:11 16:24 17:6 22:24
**exception** 23:24
**exceptional** 13:1
**excess** 14:12
**excessive** 27:8
**exchange** 21:22
**executives** 6:12,15 11:14
**exhibit** 25:16 26:6 29:21
**exhibits** 25:22 29:3
**existence** 12:9
**existing** 16:8
**expect** 4:23 30:21
**expected** 8:1
**expects** 25:23
**expressed** 14:13
**extensive** 15:22 29:18
**extent** 20:6 27:6 35:4
**extraordinary** 2:21 5:17 16:7
**extremely** 33:4

### F

**F** 36:17
**faces** 35:11
**facilities** 19:14
**facility** 19:5
**fact** 2:22 13:21 22:17 23:8 28:12
  29:17
**facts** 8:6
**factual** 11:8
**fair** 4:5 5:7 13:1 17:4 32:4,19
**fairly** 26:20
**fall** 4:16
**false** 11:5
**far** 11:7 15:18 35:11,13
**fashion** 21:18
**fear** 13:19 14:1
**Federal** 1:23
**feel** 25:5
**feeling** 34:21
**felt** 7:10
**figuring** 31:6
**filter** 6:4
**financial** 4:9 6:20
**find** 17:10
**fine** 12:17,19 24:22
**firm** 2:9
**first** 2:14 21:7 26:7,15 34:6,8,9,10
**fits** 7:11
**five** 23:22 35:11,16 36:10
**FI** 1:21,24 36:23
**flee** 34:22 35:9,20
**fleeing** 35:11
**flight** 34:16 35:6
**Floor** 1:17,20
**Florida** 1:1,6 13:10
**focus** 12:8
**focused** 13:24
**Folks** 2:1
**follow** 27:17
**following** 23:22 30:8
**foot** 5:4,16
**foregoing** 36:18
**foreign** 12:22 17:12 28:25
**form** 3:9 10:18
**formerly** 29:1
**forms** 9:3
**forth** 5:25 6:3 34:11
**forward** 10:4
**foundations** 11:1
**four** 18:1 26:16 30:16 34:23
**frankly** 27:24
**fraud** 32:9
**frequently** 26:15
**Freshfields** 1:16 2:9
**Friday** 31:13 32:5
**Ft** 1:2,6,24 36:23
**fully** 6:16,19,20
**further** 27:11,13
**furtherance** 10:21

### G

**generally** 17:10
**gentlemen** 36:4,8
**getting** 14:7 16:15 17:14 21:12

34:21
**Giglio** 23:13
**give** 7:21 9:11 12:2 13:11 14:14,17
  15:12 17:5 21:16 24:6,17 26:8,10
  31:14,18
**given** 5:20 15:13 33:20 34:23
**gives** 16:8
**giving** 21:12
**go** 9:21 15:16 18:23 20:1 21:14
  30:7 31:14 32:5 34:11
**goal** 30:14
**going** 7:8 20:15 23:15 31:23 32:22
  33:3,9,16,22 34:6 36:1
**good** 2:1,8 14:18 17:5 24:1 25:13
**gotten** 4:7
**Government** 1:13 3:8,15,18 4:9 5:9
  5:24,25 7:13,23 8:19 11:12 13:2
  13:8 14:7,20,21,25 16:4,8,18
  17:12,13,17,18,23 19:9,22 20:12
  20:16,22 21:1,7,24 22:1,9,13,16
  23:23 25:23 26:2,13,22 27:7,9,18
  28:18,19,23,25 29:3,6,18,21 32:1
  32:23 33:8 34:8,15,17,18,24 35:1
**Governmental** 3:5
**Government's** 2:17 7:7 8:3 12:1
  15:21 18:1 21:5 22:18 23:9 24:19
  25:16,18 28:6,9
**grand** 18:22
**grant** 14:21,24 20:12,13 36:1
**granted** 13:8,14 22:20 25:5 29:22
  30:1
**gratefully** 27:20
**great** 14:9,10 21:9 26:24 29:7
**greater** 34:22
**group** 4:2 29:9
**guess** 19:13,13 28:18

### H

**hand** 22:9
**happened** 8:2
**happy** 36:12
**hard** 14:1,18 17:9 33:24
**hardship** 31:10
**haven't** 35:10
**hear** 2:18 5:23 7:8 24:2
**heard** 3:24 13:23 26:14
**hearing** 1:10 4:17 17:5 30:10 31:8
  34:2 36:9,15
**hearings** 3:9
**hearsay** 7:7
**heavily** 25:6
**help** 7:9 9:20,22 15:19 16:12 24:4
  28:8
**helpful** 25:2
**helping** 8:22
**here's** 11:24,24
**hide** 10:25
**hiding** 4:18
**high** 13:20 32:11 35:21,22
**higher** 16:20
**highly** 25:25 28:2
**History** 30:19
**hold** 9:12 10:1 11:2,8
**holder** 22:24
**holders** 11:2 15:24 27:6,7
**holds** 10:13
**Honor** 2:19 4:1,23 5:25 6:11 10:9
  12:17,24 13:11 15:7 17:20 20:18
  21:21,22 22:19 24:5,24 25:8,13
  25:20 26:15 31:17 33:24 35:18
**HONORABLE** 1:10
**Honor's** 12:23
**hope** 19:17 35:16
**hopefully** 23:16
**hours** 34:23
**huge** 28:5 29:9
**hundreds** 7:25
**hybrid** 20:7,8

### I

**idea** 22:9 32:2
**identified** 10:24
**identifying** 28:7
**identities** 15:11,15
**identity** 10:18 15:12
**illegal** 8:20
**impanel** 33:5
**impasse** 22:11

**importance** 20:8
**important** 7:10 8:17
**impose** 16:12
**impossible** 20:16
**improper** 3:14 8:3
**improperly** 6:2
**incentive** 35:9
**include** 7:15 12:5
**includes** 12:12
**including** 3:3,18
**income** 9:6 10:3
**independent** 35:1
**indicted** 13:21,25
**indictment** 5:2 6:2,6,7,8 7:18,21
  9:15 11:11,12,20,21 12:5,12 16:3
  26:24
**individuals** 22:15 23:16,19
**industry** 14:2
**information** 6:5 22:3 26:21 29:11
**initial** 27:3
**insistence** 29:10
**insofar** 34:4
**institution** 4:9
**instruct** 4:23
**instructed** 12:9
**instructing** 5:18
**instruction** 2:15,20 4:22 5:3,7,10
  5:20 6:1 7:4,8 8:9 9:11 11:22
  12:2
**instructions** 5:22 7:5,17,22 10:17
**integral** 11:19,21
**intended** 10:23
**intends** 13:9 22:21
**intentions** 28:10
**interaction** 18:18
**interfered** 13:19
**interference** 8:3
**intermediary** 3:24 6:10,14,25 7:9
  8:15 9:5 11:6
**Internal** 3:1
**international** 34:24
**interpretation** 3:16
**intertwined** 20:24
**interview** 22:22,23 23:21 24:3
  27:19
**interviews** 23:14
**introducing** 5:13
**investigation** 29:8
**involved** 7:24 30:3
**involves** 2:24,25 13:4
**involving** 18:10
**IRS** 2:7 3:13 4:11,15 6:5,13 7:16
  8:24,25 9:2,7 10:11,19 11:5,15
**isn't** 9:23 18:8
**issue** 7:10 11:25 17:11 19:23 20:24
  23:14 28:25
**issues** 2:24 21:23 26:25 27:2
**iterate** 27:7
**I've** 32:7

### J

**Jacob** 2:11
**JAMES** 1:10
**Jeff** 35:17 36:12,13
**Jersey** 35:23
**jobs** 13:6
**Johnson** 2:7
**judge** 1:11 18:19 19:10
**July** 1:7
**juncture** 35:7
**juror** 3:23,25 30:2 32:12 34:7,9
**jurors** 3:21 4:16 30:11,15,23 31:9
  32:25 33:5
**jury** 2:15 4:24 5:4,16 6:4,7 7:12 9
  16:24 17:5 18:18 21:17 30:15
  32:24 33:5 34:4
**Justice** 1:13 2:7 3:10 4:7,17 26:19

### K

**keep** 32:13
**Khan** 19:10
**Kim** 1:19
**Kimberly** 1:16 2:10
**knew** 8:23 9:4 10:22
**know** 10:19 13:17 17:25 19:7 21:13
  22:24 23:10 24:9,10,11 25:24
  28:21 30:1 32:12,21,25 33:16
  35:11
**knowing** 11:16 20:17 33:25

knowledge 13:12
knowledgeable 6:16
known 10:2
knows 22:17
Kobre 1:19
K-h-a-n 19:10

**L**

lady 36:4,8
laid 3:5 6:2 27:2
language 5:10 12:3,6,13
large 24:11 27:15
Lauderdale 1:2,6,24 36:23
law 2:24,25
lawful 4:20
lawyers 18:19
lay 23:13
lays 26:24
leaning 25:6
learn 27:19
leave 34:20
leaves 25:14
legal 7:24 10:1,19 12:7
Let's 19:17 29:24
level 23:3
Lexington 1:17
licensed 8:21
Lichtenstein 11:1
life 13:3
light 25:18 29:17
likelihood 25:1
line 15:24
list 15:22,25 16:3,7 25:16 26:6,6,7 29:21
literally 23:5
Litigation 1:13
little 16:19 24:6 31:18 32:22 33:22 35:5
live 12:22 16:21 17:14 18:7,11,18 18:18 20:4 21:15
LLP 1:19
location 18:25
locked 28:17,20
long 4:2 33:4
longer 32:16,17
look 7:15,16 18:16,16 20:6 29:10 29:10
looked 8:5
lot 13:21 33:9
low 16:5
lumped 15:24

**M**

mail 30:14
mailing 30:17
maintain 15:14
making 29:18
managers 9:19 11:14
manner 11:18
Marcu 1:15 2:8,8,19 4:1 12:17,24 13:11 15:7 17:20,23 18:6,11,14 19:2,13,18,24 20:2,18,25 21:19 21:22 23:2 24:2,19,24 25:8,13,20 26:12 27:11,12 31:17 32:4,15,17 35:18 36:2,3,6
Mark 1:13 2:6
materiality 15:8
materials 27:20
Matt 2:10
matter 2:1 27:5 36:19
matters 2:13 4:25
MATTHEW 1:18
mean 5:6 11:19 13:22 34:19
means 16:23 17:5
mechanics 25:1 30:3
mechanism 16:21
medical 34:20
meet 21:1
memoranda 22:22
memorandum 24:9
memos 24:3
Menchel 1:18 2:10
mere 12:9
Miami 1:21 31:6,6
million 18:2 26:16
mind 18:25 30:12 32:13
minute 13:22
minutes 33:20
miracle 18:20

misleading 29:11
misunderstand 5:5
modification 34:14 35:3
modifications 5:12
modify 25:24
MOI's 23:20
moment 19:6
Monday 23:6
money 7:3 9:20
months 2:1,8,12 3:7
mortgage 32:9
motion 1:12 2:15,17 12:21,21 24:18 25:15 29:22 30:2 31:25 34:13
move 31:15
multiple 17:13
murder 32:8
murders 32:8

**N**

name 15:5 17:18 20:17
names 22:15 25:6
narrow 26:20 29:4
National 13:3
necessarily 18:7 20:2
necessary 25:10 27:12
need 2:13 12:14 23:22 25:23 27:21 27:23 30:12 31:12 32:6 36:4
needs 9:12
negotiated 3:1 4:15
Neiman 35:17 36:12
new 1:17 9:20 35:23
Nice 2:12
nondisclosure 10:8
Normally 33:12
note 30:4
notes 22:23 23:21 24:3,9
notice 25:22 28:15 29:4,15 30:6
notwithstanding 28:9
number 2:13 15:4 30:6 32:9
NW 1:14
NY 1:17

**O**

obstacle 13:18
obtain 9:2 12:21
obviated 23:9
obvious 20:15
Obviously 33:7
occurred 9:17
occurs 9:16
offered 29:1
offering 5:12
Office 31:5,6
Officer 34:19
officers 32:10
Official 1:22 36:22
okay 12:20 29:17
once 31:18
ones 7:6
ongoing 22:5
open 8:23 33:6
operated 9:4 10:6
operating 8:19
opinions 7:25 17:10
opportunity 24:17 26:8
opposed 35:3
opposition 24:20
order 7:17 21:6 27:17 36:2
orders 17:14
ordinary 2:21
outset 5:4 10:22 11:23
outside 7:6 25:11
oversaw 29:12
oversees 13:2,4 15:10 27:21 28:13
owe 24:20
owner 11:3

**P**

pages 7:25 18:2 26:16,17
Pakistan 19:11
papers 3:6 6:1
paragraph 6:8,11 11:10,13
parallel 6:20
pardon 19:25
part 4:15 5:17 6:9,25 8:24 9:2 11:13

11:19,21 13:18 24:11 29:22
particular 2:25
particularly 16:24 34:21
parties 2:4 12:11 33:13,18
partner 2:9
parts 13:5
pass 25:3
passage 13:8,14,17 14:18,22,25 15:13,20 16:9,14 17:2 20:12,13 20:15,17 21:9,12,17 22:1,15
patiently 28:8
Pauline 1:22 36:20,21
pay 14:7
peek 7:21
penalty 35:15 36:10
people 8:9 9:21 14:7 20:11 22:9 23:4 24:11 27:22 28:23 29:1
perceive 35:6
percent 9:12 30:19
peremptories 33:7
perfect 5:11
perfectly 10:19
Permanent 3:9
permeated 4:4
permeates 14:2
permissive 4:15
permit 17:14 19:7 21:15 24:15 34:4
permitted 17:17 21:8 33:13
permitting 2:15
perpetuate 15:3 18:4
person 10:13 11:4 16:4,9,9 30:13
persons 3:12 10:25
persuade 28:8
phone 30:12
phrases 3:4
place 12:8 18:17 20:4 22:6
Plaintiff 1:5
planning 28:3
play 8:16
plays 8:17
please 2:4
pleased 16:12 24:2
plus 15:23
point 18:1,22 21:14 22:11 26:5,16
police 32:10
position 12:25 28:16,19
positions 8:7,7
possibility 2:23 25:1
possible 9:14
possibly 17:6
potential 3:21 23:11 28:21 34:22
power 20:11,12 25:11
precedence 17:9
predict 15:19
prejudicial 5:8
preliminary 2:15,20 4:25 6:1 7:4 12:2
prepare 28:15 29:15
prerequisites 19:20
present 21:17
presentation 7:7
preserved 20:3
press 4:8
presumably 7:6
Presuming 23:4
pretrial 34:14 35:23
pretty 14:18 29:4
prevent 8:25
primacy 7:1
prior 29:19
prison 35:12
private 6:5 7:15
privilege 23:25
probably 13:15 14:12 22:21 31:21 32:22 33:4
Probation 34:17,18,19,25,25
Probation's 35:19
problem 35:24
Procedure 18:9
procedures 4:25
proceed 21:7 24:15,25
proceedings 3:5 36:19
process 17:7 21:12 23:24 30:16 32:18
produce 22:16,21 23:5
producing 24:9
production 23:9 25:16 28:6
prohibit 10:7
prohibited 4:14 11:7
proof 4:25 17:24 21:2,5

proposal 24:14
propose 5:10 24:5,6 26:5 30:8 31:8
proposed 12:3,12 30:5,9 33:13 36:2
proposes 26:22
proposing 32:3
prospect 35:13
prospective 20:21 30:11,14 36:6
provide 12:14 14:11 17:19 22:4 26:7 29:21 32:1
provided 10:17
providing 8:20 16:24
proximity 34:23
PSI 3:22
public 4:4
publicity 32:11
punished 4:13
purchase 9:6,9
purely 16:9
pursue 21:15
put 13:20 15:23 16:16 17:3 20:25 21:3 31:1 35:17
putting 13:18

**Q**

QI 9:18,23,23 10:7,22 11:15,16,18 12:7,8,10
qualified 3:24 6:10,13,25 7:8 8:15 9:5 11:6 31:9
question 5:18 11:22 13:7 22:25 24:4
questionnaire 30:2,5,9,11 31:19 32:14 33:25
questionnaires 30:14,18,20,22,23 31:4,4,15 32:7 33:1,10,15
questionnairs 30:17 32:11
questions 33:14,21
quite 13:20 27:25
quo 23:18
quoting 4:10

**R**

R 1:15 36:17
raise 35:11
raised 26:25
ran 29:11
Raoul 1:7 2:2 13:23
read 2:17
reading 3:21 18:22
realize 29:6 30:5
really 4:3 7:14 33:15
reason 4:12,21 9:8 16:19
reasonable 21:2 29:20
reasons 25:9
rebalances 23:14
receipt 30:8
receive 25:22 26:6 27:20,20 30:23
received 30:25
receiving 24:3
recharacterize 15:20
recipients 30:20
recognized 16:23
recognizing 25:23
record 9:16
records 29:7,14
reduce 19:16
reference 3:17
references 5:5
refused 6:24 21:25
regarded 5:11 13:23
regarding 7:19 12:6 22:20
registered 8:21
reiterate 28:14
relations 7:22
release 4:8 34:14
relies 34:17,18
repeat 3:6
repeatedly 13:23
reply 2:18 24:20
report 3:13 9:6 10:13
reported 1:22 8:24 35:23
Reporter 1:22 36:22
reporting 10:3
reports 3:21
represent 19:14 28:4
representation 25:18
represented 11:15
representing 6:12
represents 24:12

request 25:4,21 28:14 31:22 36:1
requesting 12:6,13 25:19 33:23
require 15:4,7 21:1 22:13 29:23 30:4
required 17:18
requirement 10:10
requirements 18:6
requires 11:22
requiring 25:6
resisted 6:23
resolution 11:25
respect 5:22 18:11 25:1 32:24 34:6 34:9,9
respective 2:4
response 2:18
responses 30:20,25
result 14:2 17:10
results 32:18
returned 33:1
Revenue 3:1
revealed 10:18
reviewed 20:5
right 5:23 8:4 12:18 17:24 20:25 24:16 25:14 32:24 34:1 35:24
risk 34:15 35:7,12,20
Riviere-Badell 1:19 2:10
role 8:15,17
room 1:14 30:16
routine 5:17
RPR-CM 1:22
rule 9:15,20 15:2,4 18:5,6,8,9,11,16 19:21 20:6 22:4
Rules 18:21
ruling 23:12,23 24:17,22 25:5
run 6:17

**S**

s 36:20
safe 13:8,14,17,25 14:18,22,24 15:13,20 16:9,14 17:1 20:12,13 20:15,17 21:9,12,16,25 22:15
sale 9:6,9,10,16,17
satellite 17:17 18:10,12
satisfied 19:19
says 6:8 11:3,13 35:15
scales 22:13
schedule 31:8
Scola 19:10
Scott 2:7
seat 34:10
seated 34:7,9
SEC 8:21 26:18
second 34:10
secrecy 8:24 14:5
securities 6:19 9:10,22 10:13
security 9:11
see 7:10 18:18 23:19,20 24:13 27:18 29:24 31:24 33:1 36:14
seeing 17:5 21:5
seeking 2:20 15:3 22:15
seen 35:10
selection 32:25 34:4
selects 27:18
sell 9:11,22
Senate 3:9,22 4:17
send 30:18
Senior 1:13
sense 14:1,17,23 16:20 31:19
sensible 31:17
sensitive 27:25 28:11
September 29:25 31:7,7,13 32:5 34:2
Service 3:2
services 8:20 35:23
set 5:25 10:25
settlement 4:8
sham 11:1
sheet 35:15 36:10
shelters 7:24
shocked 3:25
short 21:8 30:6
shouldn't 17:22
show 6:15,18,22 8:18 9:4,17,18 32:6
showing 15:7,11
shut 6:24
side 33:20 34:6,11
sign 10:18
significant 25:22

similar 23:2
simplistic 11:7
simply 3:11 4:14
single 8:8 22:23,23
sir 24:1
situation 20:19 28:11
six 16:3 29:12 33:8
sold 8:25
somewhat 25:15
sounds 24:10 31:17
South 1:20
SOUTHERN 1:1
specific 7:18,22 8:11 11:22 28:20 31:10
specificity 25:25 26:24
spector 35:11
spend 27:21
spent 13:3 28:4
stage 24:7
staging 26:5
stalled 22:6
standard 16:6
standards 15:18
start 4:24 7:5
state 2:4 14:1
stated 9:15 28:21
statement 4:10
States 1:1,4,11,22 2:2,7 3:2 7:2,3 8:21,22 9:11,16,21 10:3 11:17 13:14,20 14:4,15 36:22
status 23:18
statute 7:20
Stein 7:23,23,25 8:4
step 28:3
steps 30:6
Stipes 1:22 36:20,21
stipulate 35:18
stock 13:21
straightest 13:24
strategy 28:17,20
Street 1:14
strike 34:12
strikes 33:10 34:5
structures 10:25 11:1
Subcommittee 3:10
submission 22:20 30:4
submit 12:11 15:9,11 30:20 33:13 36:2
submitted 30:11
subpoena 25:11
substantial 24:4 27:23 28:14
substantially 19:16
subtract 32:2
subvert 10:23
subverting 11:5
succeeded 17:14
successful 14:3
successfully 14:3
sudden 7:7
sufficient 26:23 29:4,15 34:23
sufficiently 4:6
suggest 12:11 31:11,12
suggested 3:11 15:21 16:5 20:5
suggesting 3:20
summarize 12:4
summary 12:5,12 15:5 25:7
summation 8:12
superior 16:23
supplemental 24:17
supportive 34:25
sure 5:3,15
surprise 22:19 27:5
suspect 17:20 32:21 33:3,4,21
Swiss 6:20 11:15 13:3 16:18 19:4 24:25
Switzerland 3:3,12 4:9 13:2,3,5 14:2,5 16:21 19:2,15 25:2 27:25

**T**

T 36:17,17
take 8:1 11:19 15:3 18:3 32:15
taken 4:25 13:6
takes 7:1 28:3 30:16
talk 23:16 33:11
talked 22:25 23:10,19
talking 5:13 28:6,7
target 16:4
tax 2:6,25 5:19 6:19 7:3,24 8:5
taxes 9:25 10:20 14:8

taxpayers 8:23
technical 18:14
technology 18:20 19:15 23:3
tell 14:24,25 20:22 21:11 28:1 36:13
tells 30:19
tens 7:25
term 3:25 4:17 21:8
terms 11:16,18
testify 15:1,6,13 16:10 25:25 26:1 27:7,8
testimony 12:22 14:14 15:4 16:21 17:12,15,17,19 18:4,7,10,12,17 19:11 20:3,4,9 21:11,15,17 22:12 25:2,7
thank 2:19 12:24 21:19,21 24:1 27:10 36:3,8
things 10:24 18:21 21:9 24:7
think 5:7 7:9 9:3 11:24 14:12 16:2 19:10,14,18 20:16 22:18 23:2,23 25:3,9 26:12 27:12 29:4 31:17 31:16 32:2,16,17,19,20 33:9 34:15 35:8
thinking 4:18 26:3,4
thinks 5:14
thought 24:6 31:18
thousands 9:13
three 27:22 30:16 32:19 35:15,17 36:11
time 6:18 12:14 14:20 15:12,15 16:15 18:24 22:14 25:3 27:21,24 28:4,5,15 29:9,15 31:12,14 33:11 33:18,23 34:23 36:13
tip 22:8
today 23:18
told 30:15 36:10
tracking 28:7
traditional 7:6,17
TRANSCRIPT 1:10
transcription 36:19
transmitted 16:22
trap 4:16
traumatic 21:5
travel 27:23
trepidation 26:4
trial 4:5 6:15 7:5 8:18 12:15 16:15 17:4,25 18:4,24 20:22,23 25:19 25:24 27:19 28:15,17,20 29:2,20 29:20 31:3 33:3,4 34:22 35:8,13 35:20
tried 26:16 32:8
true 6:11
try 13:22 32:6,16
trying 6:18 20:14 28:8
Tuesday 24:20
turned 26:18
two 8:8 9:9 12:16,17,18,19,20 20:21,23 21:9,14 26:22 29:3,14 32:8,15,19,20

**U**

UBS 3:3,13 6:6,12,18 8:19 9:4,10 9:12,24 10:22,22 11:5 15:22 26:18 29:1,7
ultimately 6:23
un 26:25
unavailability 25:10
uncertainty 16:16
undeclared 8:23 10:1,8,11,15 11:8 12:9
underlying 7:15
undermine 34:25
understand 18:15 22:8 25:11 31:23
understanding 19:6 35:25
undisclosed 3:17 4:18 5:5
undue 26:25
unfair 21:6
unfortunate 3:4
unfortunately 27:23
unheard 12:25
United 1:1,4,11,22 2:2,6 3:2 7:2,3 8:21,22 9:11,16,21 10:3 11:17 13:14,20 14:3,14 36:22
universe 24:11 26:20
unknown 29:13
unlawful 3:14
unnecessary 6:1
unopposed 30:2
unusual 5:1,19 12:25

upside 21:6
USB 10:17
use 3:8 7:19 15:19 17:17 25:23 27:19
usually 9:3
U.S 3:12 4:12 8:22 9:3,6,8,21,24 10:13,25 11:3 14:13,23 19:3,3

**V**

value 28:2
various 3:2,5,5,10 4:24 26:25
venire 33:19
versus 2:2
video 12:22 17:13,14 18:13 21:15
view 35:2,19
viewed 8:3,6
violation 8:11 12:10
virtually 13:4 15:10
visits 9:14
voir 12:4 32:24 33:13,17,18
volume 25:21
voluntarily 13:10,14 29:18
vouch 34:19
vs 1:6

**W**

wait 33:1
want 4:16 5:15 10:18 22:8 24:8 26:11 28:17,18,20 33:16,22
wanted 18:3
wanting 34:24
wants 17:12
warning 25:8
Washington 1:14
way 5:14 9:14 12:7 16:5 17:1 24:8
ways 4:24
weed 31:9 32:6 33:2,9
week 22:22,24 23:7,18 24:3,13 26:2 27:20
weeks 8:8 12:16,17,18,19,20 20:23 26:22 29:3,15 32:15,19,20
Weil 1:7 2:2 6:9,22 11:14 12:6,13 12:13,23 14:10 27:3 29:11 35:6 35:10,24
Weil's 16:3
welcome 3:13
went 7:25 10:3 11:5 23:5
weren't 10:3
we've 17:7
willing 14:15,15
willingness 14:13 28:24
wish 23:17 26:14
withhold 6:14
witness 14:17,25,25 15:1,5,6,12 16:2 17:18 18:19 19:1 20:17 25:7 25:16 26:6 27:19 29:21
witnesses 12:22 13:4,9,10,13,17 13:19 14:12 15:10,15,16,19 18:1 19:11 20:19,21,23 21:10,13 22:14,18 23:11,22 24:10,12,15 25:25 26:7,8 28:7,13,22 29:1
won't 3:6
work 16:20 21:9,11
worked 29:1
working 16:13
world 3:3 13:6
wouldn't 10:15
written 17:10 27:14
wrong 4:7 5:4,16
W-8 11:2
W-9 9:3 10:14

**Y**

year 9:14
years 16:3 29:12 35:12 36:10,11
Yim 2:11
York 1:17

**Z**

Zelnick 1:16 2:10
Zurich 19:3

**0**

08 2:3
08-60322-CR-COHN 1:3

**1**



**10** 8:11 31:1,13 32:5 33:7,20
**10,000** 15:23
**10:30** 30:10
**10022** 1:17
**12** 31:1 32:5
**12th** 31:13 34:2
**14** 29:20
**14th** 30:15
**15** 15:2,4 18:5,6,16 19:21 20:6 22:4
**16** 6:8,11 11:10,13
**19** 8:1
**19th** 30:24

---
**2**

**2** 1:20
**20** 8:11
**2000** 27:16,17
**2014** 1:7 29:25 36:20
**20579** 1:14
**299** 1:23 36:22

---
**3**

**3rd** 31:7
**30** 9:12 26:12 27:1,8 29:25
**30,000** 26:17
**300** 30:21
**31** 1:7 31:1
**31st** 1:17
**33131** 1:21
**33301** 1:24 36:23
**35** 33:5
**35th** 1:20

---
**4**

**4** 36:20
**4th** 31:7
**45** 31:3

---
**5**

**50** 33:5
**500** 30:18
**57** 2:16

---
**6**

**6th** 30:5,9
**60** 25:19 27:1 30:19
**601** 1:14,17
**60322-Cr** 2:3
**62** 25:17
**63** 12:23
**64** 15:22,25
**65th** 15:24

---
**7**

**70** 29:19
**7334** 1:14
**75** 12:15 29:19

---
**8**

**8** 15:23
**8th** 30:10

---
**9**

**954-769-5496** 1:24
**954.769.5496** 36:23