UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-JIC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAOUL WEIL,

    Defendant.

_____/

**NOTICE OF SUBMISSION OF PROPOSED STATEMENT OF THE CASE**

Pursuant to the Court's Order at the July 31, 2014, hearing (D.E. 86, Minutes of Hearing), the United States of America respectfully submits a proposed Statement of the Case, which is attached as Exhibit A.

The government and the defense have conferred on the content of the Statement and have jointly agreed to its submission. However, as set forth below, the parties have been unable to agree on two issues. If the Court wishes to hear oral argument on these outstanding disputes, the parties would suggest that this matter could be taken up at the September 12, 2014, hearing, which has already been scheduled to vet juror questionnaires. The outstanding disputes are:

1. The defense objects to the inclusion of certain language about the allegations that has been proposed by the government. This language is highlighted in yellow in the attached Exhibit.

2. The parties are largely in agreement over the phrasing of the paragraph discussing the Qualified Intermediary Agreement, but are not in agreement on

the final sentence of that paragraph.  The competing proposed sentences are identified as such in the attached Exhibit and are in bold font.

          Respectfully submitted,

          TAMARA ASHFORD
          ACTING ASSISTANT ATTORNEY GENERAL

By:    /s/ Mark F. Daly
          Mark F. Daly
          Senior Litigation Counsel
          Tax Division
          U.S. Department of Justice
          Attorney No. A5501435
          601 D Street, N.W. 7th Floor
          Washington, DC 20004
          Tel: (202) 514-5150
          Fax: (202) 616-1786
          Mark.F.Daly@usdoj.gov

          /s/ Jason Poole
          Jason Poole
          Court ID No. A5501525
          Trial Attorney
          Department of Justice, Tax Division
          Southern Criminal Enforcement Section
          601 D Street NW
          Washington, DC 20004
          Tel: (202) 514-5145
          Fax: (202) 514-0961
          jason.h.poole@usdoj.gov

## Certificate of Service

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notice of filing to all counsel of record.

    /s/ Jason Poole
Jason Poole
Court ID No. A5501525
Trial Attorney
Department of Justice, Tax Division
Southern Criminal Enforcement Section
601 D Street NW
Washington, DC 20004
Tel: (202) 514-5145
Fax: (202) 514-0961
jason.h.poole@usdoj.gov